**Order entered July 13, 2021**



### In The
### Court of Appeals
### Fifth District of Texas at Dallas

---

### No. 05-20-00969-CV

### BRIGETTA D'OLIVIO A/K/A BRIGETTA ALIX ANDERSON, ALIX BRIGETTA, Appellant
### V.
### HILARY THOMPSON HUTSON, Appellee

---

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-04855-2019**

---

### No. 05-20-01118-CV

### BRIGETTA D'OLIVIO AND ALL OTHER OCCUPANTS, Appellant
### V.
### HILARY THOMPSON HUTSON, Appellee

---

**On Appeal from County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 002-02704-2020**

### ORDER

Before the Court are Niles Illich's motion to withdraw as counsel for appellant and appellant's pro se emergency motion for permission to file an amended brief. The motions were filed in both appeals.

We **GRANT** the motions. We **DIRECT** the Clerk of the Court to remove Niles Illich as appellant's counsel. All further communications with appellant shall be directed to:

Brigetta D'Olivio
2916 Creekbend Drive
Plano, Texas 75075
(214) 733-7204.

We **ORDER** appellant's amended brief be filed no later than July 21, 2021. Appellee's brief shall be filed within thirty days of the filing of appellant's amended brief.

/s/ BONNIE LEE GOLDSTEIN
   JUSTICE